OPINION — AG — **** ADMINISTRATION OF PERMANENT EMPLOYMENT POSITION OF STATE SENATE **** THE PRESIDENT PRO TEMPORE HAS THE AUTHORITY UNDER 74 O.S. 1972 Supp., 292 [74-292], TO SPECIFY THE TITLES AND EMOLUMENTS PERTAINING TO PERMANENT EMPLOYMENT POSITIONS OF THE STATE SENATE PROVIDED HE ADHERES TO THE NUMBER OF POSITIONS AND SALARY RANGES DESIGNATED THEREIN. CITE: OPINION NO. 71-250 (ROBERT H. MITCHELL)